**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARK ALLEN KIMBROUGH, | CASE NO. CV-F-04-5528 AWI DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER ADDRESSING |
| vs. | MERITS OF EXHAUSTED CLAIMS |
| ROD HICKMAN, et. al., | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pursuant to the Court's order of August 24, 2005, denying Respondent's motion to dismiss the petition as time-barred and granting Respondent's motion to dismiss the unexhausted claims, Respondent shall submit an answer addressing the merits of the petition.[1]

Accordingly, within **forty-five (45)** days from the date of service of this order, Respondent shall submit an answer addressing the merits of the petition.  Within **forty-five (45)** days from the

///

///

///

---

[1] Grounds L, T, U, V sub-parts 2-5 and 7-9, W sub-parts 2-4, X, Y, and Z, were dismissed from the action as unexhausted. (Court Doc. 36.)

1

1  date Respondent files its answer, Petitioner may file a traverse. <u>All other provisions set forth in the
2  Court's July 12, 2004, order to file a response remain in full force and effect</u>.

        IT IS SO ORDERED.

    **Dated:   September 15, 2005**                              **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE