BILL LOCKYER, Attorney General
  of the State of California
ROBERT R. ANDERSON, Chief Assistant
  Attorney General
MARY JO GRAVES, Senior Assistant
  Attorney General
LOUIS M. VASQUEZ, Supervising
  Deputy Attorney General
State Bar No. 120447
  Deputy Attorney General
Counsel for Service
2550 Mariposa Mall, Room 5090
Fresno, California 93721
Telephone: (559) 477-1668

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK ALLEN KIMBROUGH,<br><br>                Petitioner,<br><br>  vs.<br><br>ROD HICKMAN, et. al.,<br><br>                Respondent. | NO. CV-F-04-5528 AWI DLB HC<br><br>ORDER GRANTING APPLICATION FOR FIRST ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file a Answer to the petition for writ of habeas corpus be granted enlarging by thirty (30) additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including November 29, 2005, to file such pleading.

IT IS SO ORDERED.

Dated: **November 15, 2005**      **/s/ Dennis L. Beck**
ah0l4d                                        UNITED STATES MAGISTRATE JUDGE