IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK ALLEN KIMBROUGH,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>ROD HICKMAN, et. al.,<br><br>　　　　　　Respondent.<br>_____/ | CASE NO. CV-F-04-5528 AWI DLB HC<br><br>ORDER GRANTING RESPONDENT'S<br>SECOND REQUEST FOR EXTENSION<br>OF TIME TO FILE ANSWER<br><br>[Doc. 40] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Now pending before the Court is Respondent's second request for an extension of time to file an answer to the petition. Good cause having been demonstrated, Respondent's request is GRANTED and an answer shall be filed on or before December 29, 2005.

　　　IT IS SO ORDERED.

Dated:　December 6, 2005　　　　　　　　　　　　/s/ Dennis L. Beck
ah0l4d　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1