# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK ALLEN KIMBROUGH, | CASE NO. CV-F-04-5528 AWI DLB HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S THIRD REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION |
| vs. | |
| ROD HICKMAN, et. al., | [Doc. 42] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Now pending before the Court is Respondent's third request for an extension of time to file an answer to the petition, filed December 27, 2005. Good cause having been demonstrated, Respondent's request is GRANTED and an answer shall be filed on or before January 6, 2006.

IT IS SO ORDERED.

Dated: December 30, 2005          /s/ Dennis L. Beck
ah0l4d                            UNITED STATES MAGISTRATE JUDGE