UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARK ALLEN KIMBROUGH, | ) | 1:04-CV-5528 AWI DLB HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #48) |
| JEANNE S. WOODFORD, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 21, 2006, petitioner filed a motion to extend time to file a traverse to the answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

Dated:  March 13, 2006               /s/ Dennis L. Beck
ah0l4d                               UNITED STATES MAGISTRATE JUDGE